**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

**MARVIN PERKINS, #96010**                                                    **PLAINTIFF**

**VERSUS**                             **CIVIL ACTION NO. 3:09-cv-169-TSL-JCS**

**MARLIN A. MILLER, JR. AND**
**RONNIE PENNINGTON**                                        **DEFENDANTS**

<u>ORDER</u>

Upon consideration of the conditions of confinement complaint filed pursuant to 42 U.S.C. § 1983 by the Plaintiff in the above entitled action, and having liberally construed said complaint, the Court concludes that the Plaintiff is required to provide additional information. Accordingly, it is hereby,

ORDERED:

1. That on or before August 3, 2009, Plaintiff shall file a written response to:

(a) specifically state how Defendant Marlin A Miller, Jr. violated Plaintiff's constitutional rights;

(b) specifically state how Defendant Ronnie Pennington violated Plaintiff's constitutional rights;

(c) specifically state if Plaintiff was convicted of trespassing, if so, Plaintiff is directed to state if the conviction has been invalidated, reversed or expunged;

(d) if the Plaintiff's conviction for trespassing has been invalidated, reversed or expunged, provide a copy of the court order reflecting that decision;

(e) specifically state if Plaintiff's charges for business burglary have been dropped;

(f) specifically state if the reason for Plaintiff's current confinement is the revocation of his post release supervision;

(g) state if the revocation of Plaintiff's post release supervision has been invalidated, reversed or expunged, if so, provide a copy of the court order reflecting that decision.

2.  **That failure to advise this Court of a change of address or failure to timely comply with any Order of this Court will be deemed as a purposeful delay and contumacious act by the Plaintiff and will result in this cause being dismissed and without further notice to the Plaintiff.**

3.  That the Clerk of Court is directed to mail a copy of this order to the Plaintiff at his last known address.

THIS, the   15th   day of July, 2009.

                                      s/ James C. Sumner
                                    UNITED STATES MAGISTRATE JUDGE